IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN S. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VS. | ) | No. 03-1188-T/An |
| | ) | |
| | ) | |
| HOWARD COOK, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO ISSUE AND SERVE PROCESS

On December 20, 2004, the plaintiff, Kevin S. Taylor, an inmate at the Southeastern Tennessee State Regional Correctional Facility in Pikeville, Tennessee, was granted leave to amend his complaint to add Andy Haynes, the Assistant Warden of Operations at Northwest Correctional Complex, as a defendant. The amended complaint was filed on January 3, 2005. However, inadvertently, no order was entered directing the issuance and service of process.

Therefore, it is ORDERED that the Clerk of Court shall issue process for defendant Andy Haynes and deliver said process to the United States Marshal for service. The Clerk shall include in said process a copy of the amended complaint herein.

Service shall be made on defendant Haynes pursuant to Fed. R. Civ. P. 4(e)(1) and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __03-09-05__

Tenn. R. Civ. P. 4.04(1) & (10), either by mail or personally if mail service is not effective. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 May 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:03-CV-01188 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kevin S. Taylor
S.TS.R.C.F.
Rt. 4, Box 600
Pikeville, TN

Honorable James Todd
US DISTRICT COURT